No. 842. NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY, PETITIONER, *v.* THE RAILROAD COMMISSION OF ALABAMA ET AL. May 17, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Albert S. Brandeis, Mr. Gregory L. Smith, Mr. Henry L. Stone* and *Mr. George W. Jones* for petitioner. *Mr. Alexander M. Garber* and *Mr. Samuel D. Weakley* for respondents.

---

No. 843. LOUISVILLE & NASHVILLE RAILROAD COMPANY, PETITIONER, *v.* THE RAILROAD COMMISSION OF ALABAMA ET AL. May 17, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Albert S. Brandeis, Mr. Gregory L. Smith, Mr. Henry L. Stone* and *Mr. George W. Jones* for petitioner. *Mr. Alexander M. Garber* and *Mr. Samuel D. Weakley* for respondents.

---

No. 845. CENTRAL TRUST COMPANY OF NEW YORK, PETITIONER, *v.* THE RAILROAD COMMISSION OF ALABAMA ET AL. May 17, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Adrian H. Joline* for petitioner *Mr. Alexander M. Garber* and *Mr. Samuel D. Weakley* for respondents.